# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 09-3071**

**September Term, 2013**

**1:05-cr-00367-RMC-1**

**Filed On:** May 16, 2014

United States of America,

      Appellee

      v.

Jaron Brice, also known as Jay Bird, also
known as Daddy, also known as Bird, also
known as Jay,

      Appellant


**BEFORE:** Kavanaugh, Circuit Judge; Williams and Sentelle, Senior Circuit Judges

## O R D E R

Upon consideration of the court's order to show cause filed May 6, 2014, and the joint response thereto, it is

**ORDERED** that the order to show cause be discharged.  It is

**FURTHER ORDERED** that the sealed opinion filed May 6, 2014, be unsealed. The Clerk is directed to unseal the opinion and issue it publicly.


**Per Curiam**


      **FOR THE COURT:**
      Mark J. Langer, Clerk

    BY:   /s/
        Ken R. Meadows
        Deputy Clerk